UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CLINTON LEE WILSON, #339215, #1096811,

Petitioner,

v.  ACTION NO. 2:09cv177

GENE JOHNSON,

Respondent.

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violations of federal rights pertaining to petitioner's conviction on October 14, 2004, in the Circuit Court for the City of Portsmouth for malicious wounding, as a result of which he was sentenced to serve ten years in the Virginia penal system, two of which were suspended.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a Report and Recommendation. The Report and Recommendation filed January 4, 2010, recommends that Respondent's motion to dismiss be GRANTED, and that Wilson's petition for a writ of habeas corpus be DISMISSED. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the Report and Recommendation and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed January 4, 2010, and it is therefore ORDERED that Respondent's Motion to Dismiss be GRANTED, and that the petition be DISMISSED. It is further ORDERED that judgment be entered in favor of Respondent. To the extent the petition is based on Wilson's Ground (2), it should be DENIED because it was never adjudicated by the Supreme Court of Virginia, and procedural default in state court serves as an adequate and independent procedural ground by which to bar federal review. To the extent the petition is based on Wilson's Grounds (1), (3), and (4), it should be DENIED because he failed to show a conflict with, violation of, or unreasonable application of facts applied to, federal law on the part of the Virginia state courts. Wilson has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 123 S.Ct. 1029, 1039 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and counsel of record for Respondent.

Raymond A. Jackson
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 27, 2010

2