# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAR 15 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

CLINTON LEE WILSON, #339215, #1096811

    Petitioner,

v.                                              ACTION NO. 2:09cv177

GENE JOHNSON,

    Respondent.

## *ORDER*

Petitioner Clinton Lee Wilson ("Wilson"), a Virginia inmate proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges Wilson's October 14, 2004, conviction by the Circuit Court for the City of Portsmouth for malicious wounding. Wilson was sentenced to a term of ten years imprisonment, two years of which were suspended.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. The Report and Recommendation filed January 4, 2010, recommends dismissal of the petition. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On February 22, 2010, the Court received Petitioner's Objections to the Report and Recommendation [Doc. 31].

In his objections, Petitioner re-states exactly the same argument made in his petition, and analyzed in the Report and Recommendation. There is no new information presented in Petitioner's objections nor does he assert a new legal argument with regard to the facts of the case.

The Court, having reviewed the record and examined the objections filed by Petitioner to the Report and Recommendation, and having made *de novo* findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed January 4, 2010. It is, therefore, ORDERED that the petition be DENIED and DISMISSED, and the Respondent's motion to dismiss be GRANTED. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 123 S.Ct. 1029, 1039 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and counsel of record for Respondent.

Raymond A. Jackson
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 15, 2010